Matter of Kaufmann-Kohler

2026 NY Slip Op 02030

April 2, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of G.J. Kaufmann-Kohler, an Attorney. (Attorney Registration No. 1865385.)

Decided and Entered:April 2, 2026

PM-59-26

Calendar Date: March 30, 2026

Before: Garry, P.J., Reynolds Fitzgerald, Ceresia, Powers And Mackey, JJ.

G.J. Kaufmann-Kohler, Geneva, Switzerland, pro se.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

[*1]

Per Curiam.

G.J. Kaufmann-Kohler was admitted to practice by this Court in 1982 and lists a business address in Geneva, Switzerland with the Office of Court Administration. Kaufmann-Kohler now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Kaufmann-Kohler's application.

Upon reading Kaufmann-Kohler's affidavit sworn to February 9, 2026 and filed February 23, 2026, and upon reading the March 25, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Kaufmann-Kohler is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.

Garry, P.J., Reynolds Fitzgerald, Ceresia, Powers and Mackey, JJ., concur.

ORDERED that G.J. Kaufmann-Kohler's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further

ORDERED that G.J. Kaufmann-Kohler's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that G.J. Kaufmann-Kohler is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Kaufmann-Kohler is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further

ORDERED that G.J. Kaufmann-Kohler shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.